THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT TAYLOR,<br><br>      Plaintiff,<br> v.<br><br>GCI LIBERTY, INC., *et al.*,<br><br>      Defendants. | CASE NO. C19-2029-JCC<br><br>ORDER |

  This matter comes before the Court on the Government's third *ex parte* application for an extension of time to consider whether to elect to intervene (Dkt. No. 10). Having thoroughly considered the Government's application and the relevant record, the Court GRANTS the application.

  In December 2019, Relator Robert Taylor filed a complaint under seal against GCI Liberty, Inc. and Eastern Aleutian Tribes, Inc. pursuant to the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. §§ 3729–33. (*See* Dkt. No. 1.) Following two extensions of time, the Government's deadline to elect whether to intervene in the action was March 24, 2021. (Dkt. Nos. 5, 7.) On March 19, 2021, the Government filed this application for a third six-month extension of time because the investigation remains in an early stage and the Government needs additional time to review pertinent documents and assess whether to conduct additional witness

interviews or request additional documents from Defendants or third parties. (Dkt. No. 10 at 4-5.) According to the Government, Relator concurs with this request. (*Id.* at 1.)

Under the FCA, the Court may grant an extension "for good cause shown." 31 U.S.C. § 3730(b)(3). Having reviewed the Government's *ex parte* application and the relevant record, the Court finds good cause to grant an extension. The Court therefore GRANTS the Government's *ex parte* application (Dkt. No. 10) and ORDERS the Government to notify the Court whether the Government will intervene by September 24, 2021. The Clerk is DIRECTED to maintain the complaint, the amended complaint, this order, and other filings in this matter under seal until further order of the Court.

DATED this 25th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE