THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT TAYLOR,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>GCI LIBERTY, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. C19-2029-JCC<br><br>ORDER<br><br>**FILED UNDER SEAL** |

This matter comes before the Court on the Government's fourth *ex parte* application for an extension of time to consider whether to elect to intervene (Dkt. No. 16). Having thoroughly considered the Government's application and the relevant record, the Court GRANTS the application.

In December 2019, Relator Robert Taylor filed a complaint under seal against GCI Liberty, Inc. and Eastern Aleutian Tribes, Inc. under the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. §§ 3729–33. (*See* Dkt. No. 1.) Following three extensions of time, the Government's deadline to elect whether to intervene in the action was September 24, 2021. (Dkt. Nos. 5, 7, 10.) On September 15, 2021, the Government moved for another six-month extension of time, citing the need to interview Relator regarding his Second Amended Complaint (Dkt. No. 15) and for additional time to review pertinent documents. (Dkt. No. 16 at 5–6.) According to the

Government, Relator concurs with this request. (*Id.* at 1.)

Under the FCA, the Court may grant an extension "for good cause shown." 31 U.S.C. § 3730(b)(3). Having reviewed the Government's *ex parte* application and the relevant record, the Court finds good cause to grant an extension. The Court therefore GRANTS the Government's *ex parte* application (Dkt. No. 16) and ORDERS the Government to notify the Court whether the Government will intervene by March 24, 2022. The Clerk is DIRECTED to maintain the complaint, the amended complaint, this order, and other filings in this matter under seal until further order of the Court.

DATED this 21st day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE