UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT TAYLOR,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>GCI LIBERTY, INC., a/k/a GENERAL COMMUNICATION, INC.; and EASTERN ALEUTIAN TRIBES, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:19-cv-02029-LK<br><br>EX PARTE SEALED ORDER GRANTING APPLICATION TO UNSEAL THE SECOND AMENDED COMPLAINT<br><br>**FILED UNDER SEAL** |

　　　This matter comes before the Court on the United States' ex parte application for an order giving the United States discretion to provide Defendants, and other necessary parties, with a copy of Relator's Second Amended Complaint and any future amended complaints. Dkt. No. 21. Relator concurs with the request. *Id.* at 1.

　　　On February 16, 2021, the Court found good cause to partially unseal this case in order to facilitate the United States' investigation and the potential resolution of the case. Dkt. No. 9. The Court ordered that, "[i]n its discretion, the United States may inform Defendants of the existence

EX PARTE SEALED ORDER GRANTING APPLICATION TO UNSEAL THE SECOND AMENDED COMPLAINT - 1

of this action and provide Defendants with either a redacted or unredacted copy of the complaint." *Id.* at 1. After the Court issued its Order, Relator filed the Second Amended Complaint. Dkt. No. 15. In an abundance of caution, the United States now requests an order partially unsealing the Second Amended Complaint and any other amended complaints as described above.

The Court GRANTS the United States' request and ORDERS that, in its discretion, the United States may provide Defendants and other necessary parties with either a redacted or unredacted copy of the Second Amended Complaint and any other amended complaints that have been or may be filed in this case. All filings in this case shall otherwise remain sealed until further order of the Court.

Dated this 21st day of September, 2022.

*[signature]*
Lauren King
United States District Judge